FOLD AND REMOVE                                                                                       FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Ashia L Douglas
6075 Centennial Run
College Park, GA 30349
Soc Sec #: xxx-xx-xxxx   Employee ID: 73

Home Department: Management\Admin

Pay Period: 12/01/18 to 12/15/18
Check Date: 12/14/18   Check #: 5243

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3714 | 1121.74 | 10698.44 |
| NET PAY | 1121.74 | 10698.44 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1287.74 | M173.34 | 9537.74 |
| Regular | | | | 173.34 | 2750.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1287.74 | | 12287.74 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 78.56 | 750.28 |
| Medicare | | 18.37 | 175.47 |
| GA Income Tax | JW 0 0 2 | 48.35 | 477.07 |
| TOTAL | | 145.28 | 1402.82 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dental Pre-Tax | 20.72 | 186.48 |
| TOTAL | 20.72 | 186.48 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1121.74 | 10698.44 |

Payrolls by Paychex, Inc.

0035 1800-7670  Bendin Sumrall & Ladner LLC • 1360 PEACHTREE ST STE 800 • Atlanta GA 30309 • (404) 671-3101